Jack A. DAWSON, Plaintiff–Appellant,

v.

Donald C. WINTER, Secretary of the Navy; Vice Admiral Rodney P. Rempt, Superintendent United States Naval Academy, Defendants–Appellees.

No. 07–1575.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2008.

Decided: May 12, 2008.

Ronald G. Dawson, Annapolis, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Larry D. Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack A. Dawson appeals the district court's order granting summary judgment to defendants on his complaint that sought to invalidate his obligation to reimburse the government. We have thoroughly reviewed the briefs and the materials submitted by the parties and find no revers-ible error. Accordingly, we affirm for the reasons stated by the district court. *Dawson v. Winter*, No. 1:06–cv–02885–CCB, 2007 WL 1610905 (D.Md. May 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*